IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| v.                                                        ) | No.  3:03-CR-30122-MJR |
| ) | |
| DENNIS SONNENSCHEIN,         ) | |
| ) | |
| Defendant.       ) | |

## MEMORANDUM AND ORDER

REAGAN, District Judge:

On July 5, 2005, the Clerk of this Court issued a writ of execution for certain personal property consisting of furniture and fixtures previously located in the former marital residence of Dennis Sonnenschein and Linda Sonnenschein. On July 15, 2005, the United States Marshal for the District of Colorado executed the writ and seized various items of furniture and fixtures. The property seized by the Marshal is located at one or more warehouses in the Denver, Colorado area. The property is awaiting disposition, the proceeds of which would be applied to the restitution and fine obligations which Defendant Dennis Sonnenschein owes to the United States ("the Government").

The Government has moved for permission to sell the property at public auction (Doc. 50). By Order dated July 25, 2005 (Doc. 51), this Court directed that motion to be served on certain persons and directed anyone asserting an interest in the property to file a claim within ten days of service of the motion.

Defendant believes he may be able to locate one or more buyers for the property who would be willing to pay more for the property than the Government would likely receive at public auction. Defendant has advised the Court that the proceeds from the sale of the property to these potential buyers, combined with the proceeds from the sale of other marital assets, may be sufficient to satisfy Defendant's outstanding obligations to the Government.

Defendant now moves this Court for an Order permitting him and his counsel access to the seized property for the purpose of inspecting, photographing and cataloguing the property, so as to facilitate Defendant's efforts to maximize the proceeds realized by the Government from the seizure and sale of the property.

Subject to the protocols, policies, and procedures of the United States Marshal for the District of Colorado, this Court **GRANTS** Defendants' motion (Doc. 52) and will allow Dennis Sonnenschein and his attorneys access to the seized property for the above-described purposes.

IT IS SO ORDERED.

DATED this 25th day of July, 2005.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge