IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 03-CR-30122-MJR |
| | ) |
| DENNIS SONNENSCHEIN, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| LINDA SONNENSCHEIN, | ) |
| and KEVIN JACOBSON, | ) |
| | ) |
| Claimants. | ) |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

   Remaining in this closed criminal case are levy and execution issues raised in the USA's July 22, 2005 motion to approve sale (Doc. 50), to which Linda Sonnenschein responded on July 29, 2005 (Doc. 56). Linda's response not only demanded the return of certain property seized by the USA but also moved this Court to *transfer* these proceedings to the United States District Court for the District of Colorado.

   At an August 4, 2005 status conference, the Court explained that if Linda wished to proceed with her request to transfer, she should file a supporting memorandum within 14 days (*i.e.,* by August 18, 2005). That directive was confirmed in a written Order (Doc. 59) which plainly stated that Linda should file any supporting brief by August 18th. As of September 26, 2005, no brief supporting transfer had been filed.

Moreover, even if the Court reaches the merits of the transfer issue (based on the legal authority contained in Linda's July 29th *motion*), Linda's request lacks merit. On the question of transfer, Linda cites **28 U.S.C. § 3202**. That statute relates to the methods by which the USA may enforce a judgment. It does not support transfer of a levy and execution proceeding. **28 U.S.C. § 3004(b)(2)** *does* govern transfers of such proceedings, but it furnishes the right to seek a transfer only to the judgment debtor. In this case, Dennis Sonnenschein is the judgment debtor, not Linda.

For these reasons, the Court **DENIES** the portion of Linda's July 29, 2005 motion (Doc. 56) which sought transfer of this levy and execution proceeding to the District Court of Colorado. The remainder of the motion (Doc. 56) is set for hearing on October 7, 2005.

**IT IS SO ORDERED.**

**DATED this 26th day of September, 2005.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Court**