IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DENNIS SONNENSCHEIN, )<br>)<br>Defendant. ) | Case No. 03-CR-30122-MJR |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

The sentence imposed by the Court in this case included a restitution award with two components, one monetary and the other consisting of real estate parcels in Brooklyn, Illinois. By Orders dated December 12, 2003, January 28, 2004, February 26, 2004, and April 30, 2004, the Court awarded to the Michael Jones Foundation, Inc. (a tax-exempt organization) the real estate parcels plus $74,250.12 to be used in connection with the development of that property. *See* Docs. 31, 36, 38, and 43.

All awards from the restitution proceeds were distributed to charitable organizations designated by the Court "for the benefit of the greater East St. Louis, Illinois community." *See* Plea Agreement, Doc. 5, at ¶ 10; **18 U.S.C. § 3663(a)**.

Title to the real estate parcels was transferred to the Michael Jones Foundation in May 2004. Defendant Sonnenschein has been making partial payments toward his restitution obligation, each of which has been distributed on a *pro rata* basis to the various restitution recipients, including the Michael Jones Foundation.

On December 19, 2005, Defendant Sonnenschein made the final payment on his

monetary restitution. The Financial Deputies in the Clerk's Office of this Court are preparing to disburse the remainder of the restitution proceeds.

Concerns have arisen, however, regarding the restitution award (both real estate and monetary proceeds) to the Michael Jones Foundation. To satisfy these concerns, the Court **DIRECTS** the Michael Jones Foundation **by January 20, 2006** to submit a detailed accounting of the use to which he has put the restitution proceeds distributed to the Foundation to date (totaling $42,651.05) and a description of the progress made toward the planned redevelopment of the Brooklyn real estate. Additionally, the undersigned Judge **DIRECTS** the Clerk of Court and his Financial Deputies to make <u>no further disbursements</u> of restitution proceeds to the Michael Jones Foundation (a total of $31,599.07 remains to be disbursed to the Foundation), until the Court is satisfied that the awards to the Foundation are being used – as promised – for the benefit of the greater East St. Louis, Illinois community.

The accounting and description may be submitted in a single document, entitled Memorandum in Compliance with Court Order. The memorandum should simply be mailed to the Chambers of the undersigned Judge at 750 Missouri Avenue, East St. Louis, IL 62201. After reviewing the Foundation's memorandum, the Court will determine whether a status conference or show cause hearing is needed herein.

**IT IS SO ORDERED.**

**DATED this 27th day of December, 2005.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**