IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-CR-30122-MJR |
| ) | |
| DENNIS SONNENSCHEIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING SALE OF PERSONAL PROPERTY

REAGAN, District Judge:

The undersigned Judge has reviewed the April 18, 2006 Report of Sale (Doc. 102) and accompanying documentation relating to the public auction of personal property seized by the United States Marshals Service from the Denver, Colorado storage facility, pursuant to a levy issued by this Court on July 22, 2005.

**FINDING** that the public auction was conducted in a commercially reasonable manner, the Court **APPROVES** the sale and **ORDERS** that the lien of the United States attaches to the proceeds of the sale with the same validity and priority that the lien attached to the personal property items.

IT IS SO ORDERED.

DATED this 12th day of May, 2006.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge