IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-CR-30122-MJR |
| ) | |
| DENNIS SONNENSCHEIN, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISPOSAL OF PROCEEDS STILL HELD BY THE
CLERK OF THE COURT AND FOR DISPOSITION OF REAL ESTATE

Following the November 3, 2006 hearing and for good cause shown, the Court **GRANTS** the United States' motion (Doc. 122) and **ORDERS** as follows:

1. The $31,599.07 deposited with the Clerk of the Court previously allocated to the Michael Jones Foundation shall now be made available to the County of St. Clair, Illinois, through the St. Clair County Intergovernmental Grants Department, for the purposes of demolition and cleaning up the structures located on the subject-matter real estate more fully described as follows, and the Clerk shall forthwith release said funds to said entity:

**Real estate located at 108 North 2nd Street, Brooklyn, Illinois, identified by the following St. Clair County Parcel Nos.:**

A.   Parcel No. 01-02.0-203-007 Lot 2

B.   Parcel No. 01-02.0-203-008 Lot 1

C.   Parcel No. 01-02.0-203-009 Lot 67.

**Real estate located at 200 and 212 Madison Avenue, Brooklyn, Illinois, identified by the following St. Clair County Parcel Nos.:**

D.   Parcel No. 01-02.0-209-020 Lots 170 and 171

E.   Parcel No. 01-02.0-209-003 Lot 204.

2. The St. Clair County Intergovernmental Grant Department shall complete such demolition and clean up no later than 90 days from the date this Order is entered on the docket.

3. If the funds released from the Clerk of the Court are not adequate to pay for all of the demolition and clean up costs and any other costs associated with said project, then any additional expenses shall <u>not</u> be the responsibility of the Court or the United States Marshal or the United States.

4. Any deed to the real estate described above that may have been previously executed by the United States Marshal in favor of the Michael Jones Foundation is hereby declared null and void.

5. The United States Marshal is authorized upon on the clean up of said real estate, to deed said real estate through a quit-claim deed to the Village of Brooklyn, Illinois, with said deed to be subject to the same restrictions concerning the use of the property for adult entertainment which had been previously imposed by this Court when it ordered the property to be conveyed to the Michael Jones Foundation. The Court finds that no lien or encumbrance on the properties now lies in favor of the Michael Jones Foundation.

6. The issue of property tax incumbrances on the property shall be resolved by a separate order to be entered by this Court.

IT IS SO ORDERED.

DATED this 3rd day of November 2006.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge