**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 03-CR-30122-MJR |
| | ) |
| **DENNIS SONNENSCHEIN,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER FOR DISPOSAL OF REMAINING FUNDS**
**ON DEPOSIT WITH CLERK OF THE COURT**

**REAGAN, District Judge:**

Two Orders were entered herein on November 3, 2006. In one Order (Doc. 126), the undersigned Judge authorized the release of $31,599.07 (*previously* deposited with the Clerk of the Court in this case) to be used by St. Clair County, Illinois – specifically the St. Clair County Intergovernmental Grants Department – for demolition and clean-up of certain parcels of real property in the Village of Brooklyn, Illinois (as further described in the Order at Doc. 126). The United States Attorney's Office was to provide any necessary instructions to the Clerk of this Court on how to dispense these funds to St. Clair County.

Pursuant to the other November 3rd Order (Doc. 125), the Michael Jones Foundation timely tendered to the United States (via the U.S. Attorney's Office) a cashier's check payable to the Clerk of the Court in the amount of $39,997.16.

Thereafter, the Clerk of the Court delivered to the United States Marshal a check payable to the County Clerk of St. Clair County in the amount of $11,846.11, which the Marshal used to redeem the back taxes on the Brooklyn properties.

1

Currently remaining in the custody of the Clerk of Court is the sum of $28,151.05. The Court hereby **ORDERS** that the entirety of these funds be turned over to the Greater East St. Louis Community Fund (P.O. Box 147, East St. Louis, Illinois; marked "Attn: Mr. Louis Tiemann), to be used for the repair and renovation of Village Hall of Brooklyn or any other similar/ related purpose approved by the Greater East St. Louis Community Fund, in keeping with this Court's prior Restitution Orders herein.

IT IS SO ORDERED.

DATED this 27th day of November 2006.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge